

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2015

No. 04-15-00271-CV

**ESTATE OF JOHNNIE MAE KING,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2001-PC-1263
Honorable Kelly Cross, Judge Presiding

# O R D E R

Appellant filed a motion to reconsider our previous denial of his motion to abate and/or dismiss the pending appeal. This court has yet to rule on this motion to reconsider. However, appellant has now filed a "Supplemental Amended Motion to Abate and For Extension of Time to File Appellate Brief." In this new motion, appellant contends, based on a probate court order signed June 29, 2015, there is a final judgment from which he may appeal. He has also filed a supplemental notice of appeal specifically stating his intent to appeal from the June 29, 2015 order. Appellant is nevertheless asking for an abatement from July 10, 2015, to the date his brief is due.

Appellant previously filed a notice of appeal on April 30, 2015. If, at the time the notice of appeal was filed, there was no final, appealable judgment or order, the notice of appeal was premature. *See* Tex. R. App. P. 27.1. According to appellant, there is now a final judgment based on the June 29, 2015 order. Therefore, the April notice of appeal "is effective and deemed filed on the same day, but after," the June 29, 2015 order, i.e., the event that began the period for perfecting appeal. *See id.* R. 27.1(a). Accordingly, we find there is no need for an abatement and we therefore **DENY** appellant's motion to reconsider our prior order denying his request for an abatement and/or dismissal, as well as his newly filed supplemental amended motion to abate.

As to his motion to extend time to file his brief, appellant filed his brief in this court on July 30, 2015. Accordingly, we **DENY AS MOOT** appellant's motion for extension of time to file appellant's brief.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2015.



_____
Keith E. Hottle